```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  CAROLYNE ARANGO SANIN (DCBN 499564)
    Special Assistant United States Attorney
 5      150 South Almaden Boulevard, Suite 900
        San Jose, California 95113
 6      Telephone: (408) 535-5596
        Facsimile: (408) 535-5066
 7      carolyne.sanin@usdoj.gov

 8  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 12-CR-00794 LHK |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF DISMISSAL AND** |
| v. | ) | **[PROPOSED] ORDER** |
| PABLO FLORES-DURAN, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED:  March 19, 2013       MELINDA HAAG
                             United States Attorney


                             ___/s/_____
                             CAROLYNE A. SANIN
                             Special Assistant United States Attorney

1

1 [PROPOSED] ORDER

2 The Court hereby grants the government leave to dismiss the indictment without prejudice.

4 IT IS SO ORDERED.

8 DATED:   3/19/13

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

2